JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ALI; CHELSEA CLEM; CANDACE COSTANZO; and RACHEL JENISTA, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>    v.<br><br>KEVIN MASON, P.A.; GM LAW FIRM, LLC; KEVIN P. MASON, in his individual capacity; CHANTEL L. GRANT, in her individual capacity; K. STUART GOLDBERG, in his individual capacity; NATIONAL LEGAL STAFFING SUPPORT, LLC; RELIANT ACCOUNT MANAGEMENT (RAM) SERVICING, INC.; RESOLVLY, LLC; JOHN AND JANE DOE DEFENDANTS 1-5; and XYZ BUSINESS ENTITY DEFENDANTS 1-5,<br><br>                Defendants. | Case No. 2:18-cv-01110-CBM (FFMx)<br><br>**ORDER OF DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS <u>WITH PREJUDICE</u>** |

**ORDER**

Upon review of the Parties' Stipulation For Voluntary Dismissal Of All Claims Against All Defendants With Prejudice, and for good cause appearing therefore:

It is hereby ordered that this entire action is dismissed with prejudice. All Parties are to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: October 12, 2018

HON. CONSUELO B. MARSHALL
United States District Judge